Central New York Chapter of N.E.C.A., Respondent, v State Farm Mutual Automobile Insurance Co., Appellant. (And Seven Other Actions). (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in *Stoughton v State Farm Mut. Auto. Ins. Co.* (54 AD2d 602 [decided herewith]). (Appeal from order of Onondaga Supreme Court—summary judgment.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ.